**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 12 WAL 2019
 :
Respondent  :
 : Petition for Allowance of Appeal from
 : the Order of the Superior Court
v.  :
 :
 :
JOHN MARK SERVEY,  :
 :
Petitioner  :

## ORDER

**PER CURIAM**

   **AND NOW**, this 12th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.